No. 98–1433. CHILDREN OF THE ROSARY ET AL. *v.* CITY OF PHOENIX ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1512. SANTA MONICA BEACH, LTD. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (SANTA MONICA RENT CONTROL BOARD, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 98–1514. CASTELLANO ET AL. *v.* CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–1521. BROOKS ET AL. *v.* BARNES, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1522. HOBBS *v.* GEORGE. C. A. 10th Cir. Certiorari denied.

No. 98–1527. KNAUST ET AL. *v.* CITY OF KINGSTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1529. HESTER INDUSTRIES, INC. *v.* TYSON FOODS, INC. C. A. 2d Cir. Certiorari denied.

No. 98–1535. WAGNER *v.* CITY OF WEST PALM BEACH ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1536. BRAGDON *v.* ABBOTT ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–1547. PONA *v.* CECIL WHITTAKER'S INC. ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–1553. DOUCET ET UX. *v.* OWENS CORNING FIBERGLAS, INC. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 98–1561. BURDICK ET UX. *v.* FRANKLIN COUNTY. C. A. 4th Cir. Certiorari denied.

No. 98–1571. INGRAM BARGE CO. ET AL. *v.* CLAIMANTS' STEERING COMMITTEE. C. A. 5th Cir. Certiorari denied.